IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T. PETER TAGUE, DC | : |
| | : C.A. NO. 08-1754 |
| On Behalf Of Himself And All | : |
| Others Similarly Situated, | : |
| | : CLASS ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| NATIONAL HEALTH & WELLNESS | : |
| BUREAU, INC. | : |
| | : |
| Defendant. | : |

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiff T. Peter Tague, DC, by his undersigned counsel, hereby voluntarily dismisses the above-captioned action without prejudice.

Dated:  August 7, 2008           /s/ Ann M. Caldwell_____
                                 Ann M. Caldwell
                                 CALDWELL LAW OFFICE LLC
                                 108 W. Willow Grove Ave., Ste. 300
                                 Philadelphia, PA 19118
                                 (215) 248-2030
                                 (215) 248-2031 (fax)

                                 Counsel for Plaintiff
                                 T. Peter Tague, DC